McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Feb 23, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00242-KJM |
| Plaintiff, | [PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT |
| v. | |
| IVAN MIRANDA-RIVERA, | |
| Defendant. | |

The government's motion to unseal the above-referenced case, keep the indictment and any reference to the other three defendants sealed, and file a redacted copy of the sealed indictment is GRANTED.

Dated: February 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE