HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
IVAN MIRANDA-RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IVAN MIRANDA-RIVERA<br><br>    Defendant. | Case No. 2:20-cr-00242-KJM<br><br>STIPULATION AND ORDER FOR TEMPORARY SUBSTITUTION OF DECLARATION AND UNSECURED BOND IN LIEU OF TITLE TO VEHICLE |

On May 14, 2021, this Court granted the defense motion to revoke the magistrate's detention order and ordered the release of Mr. Miranda-Rivera from custody following the posting of all bond documents, cash and property. CR 36. The Courtroom Deputy contacted the parties to advise that a release order would be signed following the Court's receipt and docketing of 1) Notice to Defendant; 2) Third Party Custodian Acknowledgement of Irma Lorena Silva Mendoza; 3) $10,000 Appearance Bond, secured in cash by Carlos Elias Garcia Mendoza; 4) $6,000 Appearance Bond, secured by the title to a vehicle belonging to Lorena Silva and Aureliano Silva Mendoza; 5) $25,000 Unsecured Appearance Bond, cosigned by Mr. Miranda-Rivera and Francisco Javier Davalos; 6) $50,000 Unsecured Appearance Bond, cosigned by Mr. Miranda-Rivera and Monica Cisneros; and 7) $12,000 Appearance Bond, secure by the title to a vehicle belonging to Monica Cisneros.

As of the date of this stipulation, the Court has received all documents, cash and property ordered as conditions of release *with the exception of* the title to Ms. Cisneros' vehicle for the

-1-

1    $12,000 property bond.  Ms. Cisneros has advised defense counsel that the title was lost, and a
2    replacement has been ordered and processed, with an estimated arrival of 8-10 weeks.  At the
3    request of defense counsel, the parties met and conferred regarding a temporary substitution for
4    the title, to allow Mr. Miranda-Rivera's release without further delay.  The parties agree that a
5    declaration regarding the status of the title and an unsecured bond in the amount of $12,000 is an
6    appropriate temporary substitution for the title, under these circumstances.

Ms. Cisneros has executed a declaration (attached hereto as Exhibit A) confirming that she is the legal owner of the vehicle and that she has ordered a replacement title to the vehicle, which is expected to arrive within 10 weeks, and which she will immediately forward to the Clerk's Office upon receipt.  Ms. Cisneros is further willing to execute an additional unsecured bond for the $12,000 value of the vehicle, until the title is posted.

It is therefore the request of the parties that the Court permit the temporary substitution for the title, as described above, and sign an order releasing Mr. Miranda-Rivera upon the filing subject to the special conditions contained in the Court's written order at CR 36.

Dated:  May 27, 2021

                         HEATHER E. WILLIAMS
                         Federal Defender

                         */s/ Megan Hopkins*
                         MEGAN HOPKINS
                         Assistant Federal Defender

                         Attorney for Defendant
                         IVAN MIRANDA-RIVERA

Dated:  May 27, 2021

                         PHILLIP A. TALBERT
                         Acting United States Attorney

                         */s/ Samuel Stefanki*
                         SAMUEL STAFANKI
                         Assistant United States Attorney

                         Attorneys for Plaintiff

1 ORDER

Good cause appearing, it is hereby ORDERED that the terms of Mr. Miranda-Rivera's release are modified to temporarily substitute a signed declaration regarding the status of the title to Monica Cisneros' vehicle and a $12,000 unsecured bond in lieu of the title itself, until such time as the replacement title can be posted. Following the posting of the additional unsecured bond and the filing of the declaration on the record, the Court shall order Mr. Miranda-Rivera's release on the following business day at 8:00 a.m.

Dated: June 2, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE