UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>IVAN MIRANDA-RIVERA,<br><br>　　　　　　　Defendant. | No. 2:20-CR-00242-KJM-003<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release IVAN MIRANDA-RIVERA;

Case No. 2:20-CR-00242-KJM-003, from custody for the following reasons:

　　__ Release on Personal Recognizance

　　_X_ Bail Posted in the Sum of $103,000 as provided by the Orders at ECF No. 36 and 43.[1]

　　_X_ (Other): The defendant shall be released on Friday, 6/4/2021 at 8:00 AM, to the custody of Irma Silva Mendoza, and must immediately report to the front of the Robert T. Matsui United States Courthouse for the installation of location monitoring equipment and then be transported by Ms. Mendoza directly to the residence in Eureka, California approved by the court.

Issued at Sacramento, California on 6/3/21, at 7:17 p.m.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court relies on counsel's representation that the 2006 Nissan title has been surrendered and delivered to the Clerk's Office via UPS; counsel has provided a UPS tracking number that corresponds to a package that UPS reports has been delivered to the Clerk's Office. The court assumes the title will be located by court staff once the Clerk's Office reopens in the morning.